# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Lori K. Rask, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | Case No. 1:16-cv-058 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Motion to Reverse and Remand" filed by defendant on September 26, 2016. The court **GRANTS** the motion (Docket No. 16), reverses the Commissioner's decision, and remands the above-captioned case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Dated this 27th day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court